In the Matter of WILLIAM E. McCARTHY, Respondent, *v.* CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.

(Argued February 18, 1929; decided March 19, 1929.)

*George P. Nicholson, Corporation Counsel* (*Henry J. Shields* and *J. Joseph Lilly* of counsel), for appellant.

*Charles J. McDermott, Thomas R. Hart, Jr.,* and *Oswald M. Murphy* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.